JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)

| | |
|---|---|
| JAMES COMBS, an individual, | Case No. 5:12-cv-01734-DTB |
| Plaintiff, | Magistrate Judge David T. Bristow |
| v. | [~~PROPOSED~~] ORDER |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-HY4, Mortgage Pass-Through Certificates, Series 2007-HY4, a National Association; BANK OF AMERICA, NA, a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive, | Complaint Filed: October 10, 2012<br>Trial Date: None |
| Defendants. | |

//

//

4

**ORDER FOR DISMISSAL**

**IT IS HEREY ORDERED** that the foregoing case is dismissed with prejudice on this date per the terms of the parties Settlement Agreement.

**IT IS SO ORDERED.**

DATE: March $\underline{\phantom{5}}^{5}$, 2013

Hon. David T. Bristow
UNITED STATES MAGISTRATE JUDGE